PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Arturo J. Garcia

Crim. No. 4:18CR03126

On August 20, 2021 the above named was placed on probation for a period of 4 years.

# The probationer has complied with the rules and regulations of probation and is no longer in need of supervision.

It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*U.S. Probation Officer*

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th day of November, 20 24.

John M. Gerrard
Senior U.S. District Judge